FILED
1/8/2019
Clerk, U.S. District Court
District of Montana
Helena Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-19-H-SEH |
| Plaintiff, | |
| vs. | ORDER |
| TINA MARIE JOHNSTONE, | |
| Defendant. | |

Upon motion of the United States, and for good cause shown,

IT IS HEREBY ORDERED that the United States may be represented by substitute counsel at the Change of Plea on January 9, 2019, at 10:00 a.m.

Substitute counsel is expected to be fully prepared to handle any issues that may arise during the change of plea.

DATED this 8th day of January, 2019.

SAM E. HADDON
United States District Judge