# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-19-H-SEH |
| Plaintiff, | ORDER |
| vs. | |
| TINA MARIE JOHNSTONE, | |
| Defendant. | |

The Court conducted a hearing on the petition for revocation of supervised release on June 11, 2020. Upon the record made in open court, the Court finds proof of the alleged violations of conditions of supervision was not established by a preponderance of the evidence.

ORDERED:

The petition for revocation of supervised release[1] is DENIED. The petition is DISMISSED.

DATED this 12th day of June, 2020.

SAM E. HADDON
United States District Judge

---

[1] Doc. 27.