# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>TINA MARIE JOHNSTONE,<br><br>　　　　　　　　　　Defendant. | CR 18-19-H-SEH<br><br>ORDER |

This order supplements the Order[1] of December 15, 2021, in this case.

ORDERED

1. United States Attorney will provide a recommendation for sentence prior to the December 17, 2021, sentence hearing.

2. The Defendant may provide a recommendation for sentence prior to the December 17, 2021, sentence hearing.

---

[1] Doc. 54.

3. The Defendant will be accorded the opportunity to make an allocution statement at the hearing prior to sentencing.

4. The Court will take up and consider such other matters at the hearing as may be appropriate for consideration.

DATED this 15th day of December, 2021.

SAM E. HADDON
United States District Court