# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>TINA MARIE JOHNSTONE,<br><br>  Defendant. | CR 18-19-H-SEH<br><br>ORDER |

On December 17, 2021, Defendant Tina M. Johnstone appeared before the Court for a Revocation of Supervised Release hearing.[1] The United States and the Defendant made sentencing recommendations. Defendant spoke in allocution.[2] Upon review of the record, the Court has determined a continuance of revocation proceedings is warranted.

ORDERED:

1. Continuance of Defendants revocation hearing[3] is ORDERED.

---

[1] Doc. 59.

[2] *Id.*

[3] Doc. 59.

2. Defendant shall have until to and including February 18, 2022, to pay all delinquent restitution payments for the months of July 2021 through February 2022 ($1,600), current.

3. The Defendant will pay and remain current in payment of all restitution payments due after February 18, 2022. Proof of all restitution payments shall be provided to the Court, the United States Probation Office, Defendant's counsel, and counsel for the United States.

4. If Defendant complies with all terms and conditions of this order as imposed by the Court the Petition of Revocation[4] will be reset for final disposition.

5. A warrant for Defendant's arrest will be issued if the Defendant fails to comply with the terms and conditions of this order and as imposed by the Court.

DATED this 30th day of December, 2021.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[4] Doc. 44.