# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>TINA MARIE JOHNSTONE,<br><br>　　　　　　　　　　Defendant. | CR 18-19-H-SEH<br><br>ORDER |

On December 30, 2021, Defendant, Tina Marie Johnstone ("Johnstone"), was ordered to pay $1600.00 in restitution on or before February 18, 2022.[1] Only a portion was paid. A Bench Warrant[2] for Johnstone's arrest was issued on February 23, 2022. On March 1, 2022, the Court received notice that the full amount of restitution payments ordered had been made.

The February 23, 2022, Warrant for Arrest[3] is QUASHED. The Amended Petition for Warrant or Summons and Order is DISMISSED.[4]

---

[1] Doc. 60.

[2] Doc. 62.

[3] Doc. 62.

[4] Doc. 61.

All orders for payment of restitution remain in full form and effect.

DATED this 1st day of March, 2022.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge